IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 05-MJ-06-01 (CWH) |
| DENNIS R. LONG, JR., | **VIOLATION:** 18 U.S.C. §641 |
| Defendant | |

## ORDER AMENDING JUDGMENT

In the interest of justice, the Judgment entered herein by the undersigned on November 22, 2005, against defendant **DENNIS R. LONG, JR.** is hereby AMENDED and MODIFIED so that he shall be required to make RESTITUTION only in the amount of **$1,307.17** to Robins Air Force Base, Georgia, by submitting payments to MWR Fund, 78 MSG/SVF, 755 Warner Robins Street, RAFB, GA 31098. All other provisions of said Judgment shall remain in full force and effect.

SO ORDERED AND DIRECTED, this 30th day of MAY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE